UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 96-6923-CIV-ZLOCH

ROBERT PURCELL,

    Plaintiff,

vs.                        <u>O R D E R</u>

MWI CORPORATION, et al.,

    Defendants.
_____/

FILED by ___ D.C.
JUN 2 1997
CARLOS JUENKE
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

    THIS MATTER is before the Court upon the Plaintiff, Robert Purcell's, Motion for Attorney's Fees And Costs, bearing file stamp of the Clerk of this Court dated May 29, 1997. The Court has carefully reviewed Said Motion and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** that the Plaintiff's aforementioned Motion for Attorney's Fees And Costs be and the same is hereby **DENIED**.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___2nd___ day of June, 1997.

                                            _____
                                            WILLIAM J. ZLOCH
                                            United States District Judge

Copies furnished:

David J. Stefany, Esq.
Arthur B. D'Almedia, Esq.